# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN LEE TRICE, | ) NO. ED CV14-2174-BRO (AS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| NEIL McDOWELL, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: July 13, 2015.

---
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE